IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMMA ZAHNER**<br><br>    v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO.   16-2635** |

**O R D E R**

AND NOW, this __18th__ day of August, 2016, upon consideration of Defendants' Motions to Dismiss Plaintiff's Amended Complaint (ECF 12, 14) and all responses and submissions related thereto, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that both Motions are **GRANTED.**   Counts I, II, III, IV, and VI are **DISMISSED WITH PREJUDICE**.   The case will continue as against Defendant Lamper pursuant to Count V. If Plaintiff chooses to file a separate document titled "Amendment to the Complaint," she must do so within thirty (30) days.   The Court shall schedule a preliminary pretrial telephone conference pursuant to Federal Rule of Civil Procedure 16.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-2635 Zahner v. City of Philadelphia\16cv2635 MTD Amended Complaint order.docx