IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EMMA ZAHNER | CIVIL ACTION |
|---|---|
| v. | NO. 16-2635 |
| CITY OF PHILADELPHIA, et al. | |

**MEMORANDUM RE: DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

And NOW, this 18th day of January 2017, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant Jan Lamper's Motion for Judgment on the Pleadings, under Federal Rule of Civil Procedure 12(c), of Count Five of the Second Amended Complaint (ECF No. 24), is **DENIED**.

This case will proceed on Count Five only.

BY THE COURT:
/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-2635, Zahner v. City of Philadelphia\Order Re Motion for Judgment on the Pleadings.docx