# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMMA ZAHNER**  v.  **JAN LAMPER** | **CIVIL ACTION**  **NO. 16-2635** |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 12th day of October, 2017, upon consideration of Defendant's Motion to Dismiss the Third Amended Complaint for Failure to State a Claim and accompanying Memorandum of Law (ECF No. 39) and Plaintiff's Response in Opposition to Defendant's Motion (ECF No. 40), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

                                         **BY THE COURT:**

                                         **/s/ Michael M. Baylson**
                                         _____
                                         **MICHAEL M. BAYLSON, U.S.D.J.**